UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LILUMA KARZAI,

                Plaintiff,                                22 **CIVIL** 4522 (JPO)

        -against-                                 **JUDGMENT**

METROPOLITAN LIFE INSURANCE
COMPANY, OFFICE OF FEDERAL
EMPLOYEES GROUP LIFE INSURANCE,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2023, because Karzai has failed to show that she is entitled to judgment as a matter of law on her claims that MetLife breached the terms of the FEGLI Contract and failed to conduct a reasonable investigation, her motion for summary judgment and request for declaratory relief are DENIED. Because MetLife has shown that there is no genuine dispute of material fact regarding its adjudication of the proper beneficiary of Haider Karzai's FEGLI plan, it is entitled to judgment as a matter of law. Its motion for summary judgment is therefore GRANTED. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
         June 27, 2023

                                                      **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**    *K. Mango*

                                                         **Deputy Clerk**